**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CHARLES RICHARDSON**                                    **PETITIONER**

**v.**                                                **CIVIL ACTION NO. 5:06cv181-DCB-MTP**

**CONSTANCE REESE, Warden**                              **RESPONDENT**

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that the relief sought in Petitioner's Petition for Writ of Habeas Corpus [1] is denied and that the Petition is dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the relief sought in the Petition for Writ of Habeas Corpus [1] by Charles Richardson in the above captioned cause is denied and the Petitioner's Petition for Writ of Habeas Corpus [1] be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 18th day of May, 2009.

                                                           s/David Bramlette
                                                           UNITED STATES DISTRICT JUDGE